JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

KHUSHWINDER SINGH,

Petitioner,

v.

MARK BOWEN, Acting Warden,
Adelanto Detention Center, et al.,

Respondents.

Case No. 2:26-cv-05073-DTB

**J U D G M E N T**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted, and a writ of habeas corpus shall be issued.  Respondents are ordered to immediately release Petitioner from custody, on the same conditions that he was subject to prior to his arrest and detention, and return all property confiscated from him during his arrest and processing into detention.  Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from re-detaining Petitioner without notice and a pre-detention hearing

1

before a neutral arbiter at which the government bears the burden of proving that Petitioner is a flight risk or danger to the community.  Respondents shall file a status report within two (2) business days to confirm that Petitioner has been released from custody pursuant to the Order Granting Petition for Writ of Habeas Corpus.

DATED:  May 28, 2026

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2